UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-

D-1    CHARLES ALOKWU,

          Defendant.
_____/

CRIMINAL NO. 09-CR-20130

JUDGE ROBERT H. CLELAND

## **ORDER**

Upon the facts alleged by the United States in its motion, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The bond of the defendant CHARLES ALOKWU be, and the same is hereby forfeited, and his right to bail herein is revoked.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of the Court issue a Warrant of Arrest to the United States Marshal and that the United States Marshal take into custody CHARLES ALOKWU in accordance with the law

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Entered: 12/29/2009

Warrant of Arrest Issued: 12/29/09