# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                  Case No. 09-20130

CHARLES ALOKWU,

       Defendant.
_____/

## ORDER DIRECTING THE GOVERNMENT TO FILE A SUPPLEMENTAL BRIEF

Defendant Charles Alokwu has filed a "Motion for Compassionate Release." (ECF No. 25.) He argues that the health risk presented by the Coronavirus Disease ("COVID-19") at his location of confinement, warrants compassionate release under 18 U.S.C. § 3582(c)(1)(A).

The government filed a response opposing the motion but did not state Defendant's COVID-19 vaccination status. (ECF No. 30.) The Bureau of Prisons ("BOP") has made substantial progress distributing COVID-19 vaccines to the federal prison population around the country and to date has administered over 169,000 doses to staff and prisoners at BOP facilities. *COVID-19: Coronavirus*, Federal Bureau of Prisons, https://www.bop.gov/coronavirus/ (last visited May 14, 2021).

Defendant's vaccination status is a consideration in determining whether compassionate release is warranted. *See* 18 U.S.C. § 3582(c)(1)(A) (requiring that a prisoner have "extraordinary and compelling" circumstances to obtain compassionate release).

Whether Defendant is fully vaccinated, or has declined an offered opportunity to become vaccinated, or has not been afforded such opportunity at all, that fact will impact the court's analysis of his motion to reduce sentence. Thus, the court will direct the Government to file a supplemental brief stating whether Defendant has been offered a COVID-19 vaccine and whether he has been vaccinated.[1] Accordingly,

IT IS ORDERED that the government is DIRECTED to file a supplemental brief by **May 31, 2021**, stating whether or not Defendant has been offered a COVID-19 vaccine and, if so, whether he has received a COVID-19 vaccine.

s/Robert H. Cleland            /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 18, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner            /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\09-20130.ALOKWU.OrderDirectingSupplementalBrief.AAB.RHC.docx

---

[1] No extraneous records need—nor should—be filed on the public docket in support of this attestation. In the interests of expediency, and to avoid needless documents filed under sealed, the court will accept the Government's representation, consistent with counsel's Rule 11 obligations.